# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH WAYNE CANTRELL,** <br><br> Defendant. | CR 22-15-BLG-SPW <br><br><br> **ORDER FOR AMENDED WRIT OF HABEAS CORPUS** (For Prosecution) |

Upon Petition of Thomas K. Godfrey, Assistant United States Attorney for the District of Montana (Doc. 8), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue an amended Writ of Habeas Corpus (for prosecution) directing the Warden of the Montana State Prison and Timothy Hornung, Interim United States Marshal for the District of Montana, to produce Joseph Wayne Cantrell, currently housed at the B Montana State Prison in Deer Lodge, MT, before the Court at the Big Horn Courtroom in Billings, Montana, at 9:00 a.m. on March 22, 2022, and Joseph Wayne Cantrell is to stay in Federal custody until the conclusion of his case.

DATED this 10th day of March, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge